No. 95–5482. FINNEGAN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 95–5483. FARD, AKA THOMPSON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5484. AZUBUKO v. MASSACHUSETTS COMMISSIONER OF REGISTRY. C. A. 1st Cir. Certiorari denied.

No. 95–5491. WOHLFORD ET UX. v. MAYS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5496. JENKINS v. MAQUEEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5501. SHAH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5508. HUDSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 95–5517. JORGENSON v. FILMSERVICE LAB, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–5518. CALLAHAN v. LIACOS ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–5519. CRANE v. SNIDER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5522. ROGERS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5523. HIGHLANDS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–5525. TURNER v. CAMPOY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5526. DENSMORE v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.